| | |
|---|---|
| 1 | BENJAMIN B. WAGNER <br> United States Attorney |
| 2 | MELANIE L. ALSWORTH <br> Assistant United States Attorneys |
| 3 | 2500 Tulare Street, Suite 4401 <br> Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 <br> Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-355-AWI-BAM |
| Plaintiff, | JOINT STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER |
| v. | |
| CESAR NAVA-REYES, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties and through their respective attorneys of record that the first status conference in the above-captioned matter now scheduled for December 9, 2013, may be rescheduled for January 27, 2014 at 1:00 p.m.

This continuance is at the request of the parties to allow additional time for investigation, case preparation and negotiation. The requested continuance will conserve time for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded because the ends of justice served in granting such a continuance outweigh the best interests of the public and defendant in a speedy trial.

///

///

1

IT IS SO STIPULATED.

DATED: November 27, 2013     /s/ Melanie L. Alsworth
MELANIE L. ALSWORTH
Assistant United States Attorney

DATED: November 27, 2013     /s/ James Cesena
JAMES CESENA
Attorney for Defendant
Attorney for Defendant Cesar Nava-Reyes

## ORDER

The First Status Conference hearing is continued from December 9, 2013 to January 27, 2014 at 1:00 PM before Judge McAuliffe. 18 USC 3161 - The ends of justice are served by a granting an exclusion of time, outweighing the best interests of the public & the defendant in a speedy trial for the reasons stated above.

IT IS SO ORDERED.

Dated: **December 2, 2013**     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2